**No. 57739.**—N. I. Malmstrom & Company *v.* United States, protest 181256–K (Los Angeles).

Opinion by JOHNSON, J. From an examination of the papers in this case, the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.